UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-794 |
| RADCLIFFE BENT | : | |

**ORDER GRANTING GOVERNMENT'S MOTION SEEKING DISCLOSURE OF DEFENDANT'S MENTAL HEALTH INFORMATION**

THIS MATTER having come before the Court on the government's motion seeking an order directing U.S. Pretrial Services to release to the U.S. Attorney's Office any information conveyed to the U.S. District Court by U.S. Pretrial Services concerning the defendant's mental health, and having considered the motion and the record herein, it is

ORDERED AND ADJUDGED that the government's motion is GRANTED. Upon receipt of this Order, U.S. Pretrial Services shall immediately release to the U.S. Attorney's Office any information conveyed to the U.S. District Court by U.S. Pretrial Services.

DONE AND ORDERED at Newark, New Jersey this 2 day of May, 2011.

_____
DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

cc: Christine A. Dozier, Chief, U.S. Pretrial Services